```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 01952
   MARIO ANRTHONY FOSTER
   LATOYA MARIE FOSTER                        CHAPTER 13

                                              JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-1709     SSN XXX-XX-7791

------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 02/06/2007 and was confirmed 05/14/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  20.00%.

     The case was converted to chapter 7 after confirmation 08/06/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
COOK COUNTY TREASURER      SECURED                 .00         .00           .00
COOK COUNTY TREASURER      NOTICE ONLY   NOT FILED             .00           .00
MATTESON CONDOMINIUM ASS   CURRENT MORTG         .00           .00           .00
SAXON MORTGAGE             CURRENT MORTG         .00           .00           .00
SAXON MORTGAGE SERVICES    NOTICE ONLY   NOT FILED             .00           .00
SAXON MORTGAGE             MORTGAGE ARRE     6316.82           .00        492.52
TRIAD FINANCIAL CORP       SECURED VEHIC    17891.00        277.44       2016.60
TRIAD FINANCIAL CORP       UNSECURED          591.75           .00           .00
VACATION VILLAGE           SECURED NOT I         .00           .00           .00
TRIAD FINANCIAL CORP       NOTICE ONLY   NOT FILED             .00           .00
ILLINOIS DEPT OF REV       PRIORITY      NOT FILED             .00           .00
US CELLULAR                UNSECURED     NOT FILED             .00           .00
US CELLULAR                NOTICE ONLY   NOT FILED             .00           .00
US CELLULAR                NOTICE ONLY   NOT FILED             .00           .00
JEFFERSON CAPITAL SYSTEM   UNSECURED          397.16           .00           .00
VACATION VILLAGE           UNSECURED     NOT FILED             .00           .00
ASSET ACCEPTANCE CORP      UNSECURED          483.19           .00           .00
AT & T BANKRUPCTY          NOTICE ONLY   NOT FILED             .00           .00
AVON PRODUCTS              UNSECURED     NOT FILED             .00           .00
BESTSOURCE CREDIT UNION    UNSECURED     NOT FILED             .00           .00
BEST SOURCE C U            NOTICE ONLY   NOT FILED             .00           .00
CAPITAL ONE                UNSECURED          574.55           .00           .00
SPRINT-NEXTEL CORP         UNSECURED          324.57           .00           .00
SPRINT PCS                 NOTICE ONLY   NOT FILED             .00           .00
SPRINT PCS                 NOTICE ONLY   NOT FILED             .00           .00
CUB FOODS                  UNSECURED     NOT FILED             .00           .00
AT&T WIRELESS              UNSECURED     NOT FILED             .00           .00
ENCORE RECEIVABLE MANAGE   NOTICE ONLY   NOT FILED             .00           .00
FIRST NATIONAL CREDIT CA   UNSECURED     NOT FILED             .00           .00
PREMIER BANCARD CHARTER    UNSECURED          411.60           .00           .00
FIRST PREMIER BANK         UNSECURED     NOT FILED             .00           .00
FIRST PREMIER BANK         UNSECURED          401.44           .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 01952 MARIO ANRTHONY FOSTER & LATOYA MARIE FOSTER
```

```
GUARANTY BANK              UNSECURED         1216.63                  .00              .00
IN STEP LTD                UNSECURED       NOT FILED                  .00              .00
INSTANT CASH ADVANCE       UNSECURED       NOT FILED                  .00              .00
INSTANT CASH ADVANCE       UNSECURED       NOT FILED                  .00              .00
KEITHER E GREENLEE         UNSECURED       NOT FILED                  .00              .00
MACYS                      UNSECURED       NOT FILED                  .00              .00
MARQUETTE NATIONAL BANK    UNSECURED         1430.00                  .00              .00
MIDWEST PHYSICIAN GROUP    UNSECURED       NOT FILED                  .00              .00
NATIONAL RECOVERIES INC    UNSECURED           75.00                  .00              .00
PAYDAY LOAN OF IL          UNSECURED       NOT FILED                  .00              .00
PAYDAY LOAN OF IL          UNSECURED       NOT FILED                  .00              .00
POPULAR CLUB PLAN          UNSECURED       NOT FILED                  .00              .00
COMMONWEALTH EDISON        UNSECURED       NOT FILED                  .00              .00
COMMONWEALTH EDISON        NOTICE ONLY     NOT FILED                  .00              .00
ASSET ACCEPTANCE LLC       UNSECURED         1323.31                  .00              .00
PORTFOLIO RECOVERY ASSOC   UNSECURED          314.39                  .00              .00
FEDERATED RTL/MARSHALL F   UNSECURED           49.68                  .00              .00
RJM AQUISITIONS FUNDING    UNSECURED           41.52                  .00              .00
WELLS FARGO BANK           NOTICE ONLY     NOT FILED                  .00              .00
LEDFORD & WU               DEBTOR ATTY      2,000.00                                   .00
TOM VAUGHN                 TRUSTEE                                                  188.85
DEBTOR REFUND              REFUND                                                      .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE              2,975.41

PRIORITY                                          .00
SECURED                                      2,509.12
    INTEREST                                   277.44
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                           188.85
DEBTOR REFUND                                     .00
                  ---------------        ---------------
TOTALS               2,975.41                2,975.41
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 11/28/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE